UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRYSTAL CLARK,

    Plaintiff,                                    Case No. 09-13929
                                                  HON. BERNARD A. FRIEDMAN

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Mark Randon's Report and Recommendation ("R and R") dated October 7, 2010. Magistrate Judge Randon recommended that Plaintiff's motion for summary judgment be granted, Defendant's motion for summary judgment be denied, and this matter be remanded for a new hearing. Objections to the R and R were not filed.

This Court had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge Mark Randon's Report and Recommendation dated October 7, 2010, is hereby accepted and adopted.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment is GRANTED.

1

Case No. 09-13929

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment is DENIED.

IT IS FURTHER ORDERED this matter is to be REMANDED for a new hearing.


Dated: November 4, 2010　　　　　　　　S/Bernard A. Friedman_____
　　　　Detroit, Michigan　　　　　　　　　BERNARD A. FRIEDMAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE